

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kyle Andrew Butler, Appellant

No. 06-19-00209-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27382). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and bill of costs by deleting the assessment of $1,224.75 for attorney fees. As a result, both the trial court's judgment and the bill of costs should reflect $609.00 as the total amount of court costs. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Kyle Andrew Butler, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 14, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk